UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FRANKIE BURGOS, et al.,

    Plaintiffs,

    v.                            Case No. 3:23-CV-925-CCB-SJF

THOR MOTOR COACH, INC., et al.,

    Defendants.

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 20) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on February 10, 2025.

                                     /s/ *Cristal C. Brisco*
                                    CRISTAL C. BRISCO, JUDGE
                                    UNITED STATES DISTRICT COURT