UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRANKIE BURGOS, et al., | |
| Plaintiffs, | |
| v. | Case No. 3:23-CV-925-CCB-SJF |
| FORD MOTOR COMPANY, | |
| Defendants. | |

# ORDER

Pursuant to the Stipulation of Dismissal of Ford Motor Company (ECF 22) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** without prejudice, each party bearing its own costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on April 3, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT